

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2018

No. 04-18-00153-CV

**IN RE A.L.H. AND G.F.H.**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01945
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant-Father's first motion for extension of time to file his appellant's brief is granted. We order counsel for appellant-father, Manuel C. Rodriguez Jr., to file the appellant's brief by May 27, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court